# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION-FLINT

IN RE:

Donald E. Clear             CASE NO.: 12-35017-dof

Shelley A. Clear            CHAPTER 13 PROCEEDINGS

                                           JUDGE DANIEL S. OPPERMAN

_____Debtor(s)_____/

## ORDER GRANTING THE CHAPTER 13 TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM OF FEDERAL NATIONAL MORTGAGE ASSOCIATION C/O SETERUS, INC. AS IDENTIFIED AS PACER CLAIM NUMBER 8 PURSUANT TO THE COURT'S CLAIMS REGISTER

This matter having arisen upon the Objection to Proof of Claim filed by the Chapter 13 Standing Trustee, the Objection having been served with the Notice of Objection to Claim in accordance with the local bankruptcy rules, the requisite time for a response having passed, no response to the Objection having been timely filed and served, and the Court being otherwise sufficiently advised in the premises;

IT IS HEREBY ORDERED that the Proof of Claim filed by Federal National Mortgage Association c/o Seterus, Inc., as identified as Pacer claim number 8 pursuant to the Court's Claims Register, is disallowed as to the $41,165.55 unsecured portion.

IT IS HEREBY ORDERED that to the extent the Chapter 13 Standing Trustee has previously made disbursements to such Creditor, the Trustee shall not be obligated to recoup same.

**Signed on June 07, 2018**

                                        **/s/ Daniel S. Opperman**

                                        **Daniel S. Opperman**

                                        **United States Bankruptcy Judge**